UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANTIC ASHANTI'S CAUSE, SUING ON BEHALF OF THEODORE A. PINNOCK AND ITS MEMBERS; and THEODORE A. PINNOCK, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>CHEZ LOMA, INC. dba CHEZ LOMA; DAVID K. ARMISTEAD AND PATRICIA R. ARMISTEAD FAMILY TRUST; JEREMY SHELDON ROBERTS AND KY WINCHESTER ROBERTS REVOCABLE TRUST; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 06cv1500-W (BLM)<br><br>**ORDER CONFIRMING SETTLEMENT AND SETTING DEADLINE TO SUBMIT JOINT MOTION FOR DISMISSAL** |

  By letter dated October 23, 2006, Plaintiffs' counsel notified the Court that this case has settled.

  A joint motion for dismissal of this case, signed by counsel of record and all parties, must be submitted **directly to the Chambers of Magistrate Judge Major** no later than **November 16, 2006**. If the signed joint motion for dismissal is timely submitted, the parties and attorneys are not required to make any further appearances before Judge

Major.

If the fully executed joint motion for dismissal is not submitted to Judge Major's Chambers by **November 16, 2006**, then all counsel of record and unrepresented parties are required to appear **in person** for a Settlement Disposition Conference.  The Settlement Disposition Conference will be held on **November 21, 2006** at **9:00 a.m.** in Courtroom A.

If counsel of record or any unrepresented party fails to appear at the Settlement Disposition Conference, or the parties fail to submit the signed joint motion for dismissal in a timely manner, the Court will issue an Order to Show Cause why sanctions should not be imposed for failing to comply with this Order.

All other pending dates before Magistrate Judge Major are hereby vacated.  Any matters currently scheduled before the district judge shall remain in effect pending notice from that court.

**IT IS SO ORDERED.**

DATED: October 24, 2006

*Barbara L. Major*

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE THOMAS J. WHELAN
U.S. DISTRICT JUDGE

ALL COUNSEL